CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 23 2016

JULIA C. DUDLEY, CLERK
BY: /s/
 DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Action No. 3:16CR00022 |
| v. ) | |
| ) | **ORDER** |
| TERENCE TYREE, ) | |
| KENTAVIA JONES, ) | By: Hon. Glen E. Conrad |
| DEMETRIUS STEPPE, ) | Chief United States District Judge |
| JAQUARIUS JOHNSON, and ) | |
| ISAIAH WILSON, ) | |
| Defendants. ) | |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the motions to dismiss Counts Eight and Nine filed by Terence Tyree, Kentavia Jones, Demetrius Steppe, Jaquarius Johnson, and Isaiah Wilson (Docket Nos. 73, 80, 87, 89, 99) are **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 23rd day of December, 2016.

/s/ Glen E. Conrad
Chief United States District Judge